IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| SAM KHOLI ENTERPRISES, INC., § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> TOM R. THOMPSON d/b/a § <br> THOMPSON TRUCKING, § <br> Defendant. § | CIVIL ACTION W-08-CA-105 |

## J U D G M E N T

On June 1 through 4, 2009, this case came on for trial before the Court and a jury. In accordance with the jury's verdict in this case, the Court enters final judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** Defendant/Counter-Plaintiff, Tom R. Thompson d/b/a Thompson Trucking have and recover judgment of and from Plaintiff/Counter-Defendant, Sam Kholi Enterprises, Inc. in the amount of $2,316,670.00, plus post-judgment interest at the rate of 0.48% from the date of this judgment until the\ Court's final judgment is satisfied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff/Counter-Defendant, Sam Kholi Enterprises, Inc. recover nothing of and from Defendant/Counter-Plaintiff, Tom R. Thompson d/b/a Thompson Trucking.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that costs of Court are assessed against Plaintiff/Counter-Defendant, Sam Kholi Enterprises, Inc.

**SIGNED** on this 9th day of June, 2009.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE