

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SAM KHOLI ENTERPRISES, INC., <br> Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. W-08-CV-105 |
| TOM R. THOMPSON, D/B/A <br> THOMPSON TRUCKING, <br> Defendant. | § § § § | |

### ORDER

Before the Court are Defendant's Motion to Permit Judgment Registration and Application for Post-Judgment Turnover, Receivership & Injunctive Relief, and Motion to Compel Discovery in Aid of Judgment. These motions were filed before Plaintiff's attorneys filed their Motion to Withdraw as Attorneys. That motion to withdraw has since been granted, and the Court finds it necessary to issue the following order.

**IT IS ORDERED** that the district clerk mail copies of Defendant's Motion to Permit Judgment Registration and Application for Post-Judgment Turnover, Receivership & Injunctive Relief (Court Doc. No. 105), and Defendant's Motion to Compel Discovery in Aid of Judgment (Court Doc. No. 106) to Sam Kholi Enterprises, Inc. and Sam Kholi at 4626 Albuquerque Street, San Diego, California 92109.

**IT IS FURTHER ORDERED** that the district clerk mail copies of all additional filings with the Court to the same address above.

**IT IS FURTHER ORDERED** that Sam Kholi Enterprises, Inc. and Sam Kholi respond to Defendant's Motion to Permit Judgment Registration and Application for Post-Judgment Turnover, Receivership & Injunctive Relief (Court Doc. No. 105), and Defendant's Motion to Compel Discovery in Aid of Judgment (Court Doc. No. 106) within eleven (11) days of the service of this Order if they oppose those motions.

**IT IS FURTHER ORDERED** that Sam Kholi Enterprises, Inc. and Sam Kholi respond to any other motions filed in the future to which they are opposed until and unless Sam Kholi Enterprises, Inc. and Sam Kholi retain new counsel and inform the Court of such representation. Sam Kholi Enterprises, Inc. and Sam Kholi are warned that failure to respond to Court Documents 105 and 106 within 11 days of the service of this Order, and failure to respond to any future motions within the time prescribed by the Local Rules of the Western District of Texas will result in the Court's granting those motions as unopposed pursuant to the Local Rules of the Western District of Texas.

**SIGNED** this 2ᵉ day of February, 2010.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE