IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SAM KHOLI ENTERPRISES, INC., | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. W-08-CV-105 |
| | § | |
| TOM R. THOMPSON, D/B/A | § | |
| THOMPSON TRUCKING, | § | |
|    Defendant. | § | |

## ORDER

On February 2, 2010 the Court ordered Sam Kholi Enterprises, Inc., and Sam Kholi to respond to respond to Defendant's Motion to Permit Judgment Registration and Application for Post-Judgment Turnover, Receivership & Injunctive Relief (Court Doc. No. 105), and Defendant's Motion to Compel Discovery in Aid of Judgment (Court Doc. No. 106) within eleven (11) days of the date of service of that Order if they opposed those motions. Having given Mr. Kholi and Sam Kholi Enterprises, Inc. almost twice that amount of time, the Court finds that the parties are not opposed to the two motions and so enters this order. It is

**ORDERED** that Defendant's Motion to Permit Judgment Registration and Application for Post-Judgment Turnover, Receivership & Injunctive Relief (Court Doc. No. 105) is **GRANTED** as unopposed. It is further

**ORDERED** that Defendant's Motion to Compel Discovery in Aid of Judgment (Court Doc. No. 106) is **GRANTED** as unopposed.

**SIGNED** this 22 day of February, 2010.

*[signature]*

WALTER S. SMITH, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**