IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION



FILED
JUN 0 7 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| SAM KHOLI ENTERPRISES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. W-08-CA-105 |
| | § | |
| TOM R. THOMPSON d/b/a | § | |
| THOMPSON TRUCKING, | § | |
| | § | |
| Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| SAM KHOLI, | § | |
| | § | |
| Third-Party Defendant. | § | |

## RESPONSE OF PLAINTIFF SAM KHOLI ENTERPRISES, INC. AND THIRD-PARTY DEFENDANT SAM KHOLI TO DEFENDANT'S REQUEST FOR SANCTIONS, INCLUDING A FINDING OF CONTEMPT

Plaintiff Sam Kholi Enterprises, Inc. and third-party defendant Sam Kholi (collectively "Kholi") hereby respond to the request for sanctions, including a finding of contempt, filed by defendant on May 20, 2010:

1.  Sam Kholi suffered problems which caused his admission to a treatment facility during the period of time in which post-judgment discovery was extant and before engaging his current counsel. Mr. Kholi was effectively without counsel in the Western District of Texas from the date on which the Court's prior orders (Docket Nos. 109, 110) were signed (February 2, 2010) until very recently.

2. Mr. Kholi met in San Diego (at the request of Mr. Thompson) with Mr. Thompson and his counsel and voluntarily provided a great deal of information responsive to the discovery requests outstanding. This Mr. Kholi did on April 29-30, 2010.

3. Mr. Kholi does not object to appearance in Court. In the interim, however, and in light of his recent retention of his current counsel of record, he requests a more thorough opportunity to respond to defendant's request.

4. Kholi also is planning to file shortly a motion to set aside the judgment on June 2, 2010, or as soon thereafter as possible. In that motion, Kholi will request that all collection proceedings be stayed pursuant to case law emanating from this Court. *United States v. Evans*, 2008 U.S. Dist. LEXIS 111459, *4 (W.D. Tex. 2008).

For all the foregoing reasons, Kholi requests that the Court deny defendant's motion without prejudice.

Respectfully submitted,

Dated: June 1, 2010

LAWTON LAW FIRM

By: _____
Dan Lawton
Attorneys for Plaintiff Sam Kholi Enterprises, Inc. and Third Party Defendant Sam Kholi

Dan Lawton (State Bar No. 127342)
LAWTON LAW FIRM
402 West Broadway, Suite 1860
San Diego, CA 92101
(619) 595-1370 (Telephone)
(619) 595-1520 (Facsimile)
dlawton@lawtonlaw.com (Electronic mail)

Attorneys for Plaintiff Sam Kholi Enterprises, Inc.
and Third-Party Defendant Sam Kholi

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| SAM KHOLI ENTERPRISES, INC. | Civil Action No. W-08-CV-105 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| TOM THOMPSON, d/b/a/ Thompson Trucking, | |
| Defendant, | |
| v. | |
| SAM KHOLI, | |
| Third-Party Defendant. | |

I, Emi Kotani, declare that:

I am over the age of eighteen years and not a party to this action; and I am employed at Lawton Law Firm, whose business address is Emerald Plaza, 402 West Broadway, Suite 1860, San Diego, California, 92101.

On June 1, 2010, I served the foregoing document(s) described as:

**RESPONSE OF PLAINTIFF SAM KHOLI ENTERPRISES, INC. AND THIRD-PARTY DEFENDANT SAM KHOLI TO DEFENDANT'S REQUEST FOR SANCTIONS, INCLUDING A FINDING OF CONTEMPT**

Civil Action No. W-08-CV-105

1  on all interested parties in this action by placing [X] a true copy [ ] original thereof enclosed in sealed envelopes addressed as follows:

2

3  Jack R. Crews, Esq.                              **Attorneys for Defendant Tom Thompson**
   BAIRD, CREWS, SCHILLER &
4  WHITAKER
   15 N. Main Street
5  Temple, TX 76501

6

7  []       (BY FACSIMILE)  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a record of transmission.

8

9  [X]      (BY MAIL, 1013a, 2015.5 C.C.P.)  I am readily familiar with this firm's practice of collection and processing of correspondence for mailing.  Under that practice, this document will be deposited with the United States Postal Service on this date with postage thereon fully prepaid at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

10

11

12

13 [X]      (BY ELECTRONIC MAIL)

14

          I declare under penalty of perjury under the laws of the United States that the
15 foregoing is true and correct.

16        Executed on June 1, 2010 at San Diego, California.

17                                                  _____
                                                    EMI KOTANI
18

---

Civil Action No. W-08-CV-105

2