

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| SAM KHOLI ENTERPRISES, INC., <br> Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. W-08-CV-105 |
| | § | |
| TOM R. THOMPSON, d/b/a <br> THOMPSON TRUCKING, <br> Defendant, | § § § | |
| v. | § § | |
| SAM KHOLI, <br> Third-Party Defendant. | § § | |

### ORDER

Came on to be considered the Motion to Enforce filed by Defendant/Third-Party Plaintiff Tom R. Thompson d/b/a Thompson Trucking ("Thompson"). The record reflects that summons was issued to Tom R. Thompson, but there is no indication that summons was served. Accordingly, it is

**ORDERED** that Defendant Tom R. Thompson show cause within ten (10) days from the date of this Order why the Motion to Enforce Judgment should not be denied for lack of service.

**SIGNED** this 24th day of January, 2013.

WALTER S. SMITH, JR. \
United States District Judge